IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| CEDRIC ALEXANDER, | ) | CIVIL ACTION NO. 7:04CV00393 |
| | ) | CRIM. ACTION NO. 3:01CR00035 |
| Petitioner, | ) | |
| v. | ) | |
| | ) | ORDER |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | JUDGE JAMES H. MICHAEL, JR. |

For the reasons set forth in the accompanying memorandum opinion, it is hereby

ADJUDGED AND ORDERED

as follows:

1. The petitioner's Motion for Reversal of Conviction, Vacation of Sentence, or Reinstatement of Appellate Rights Pursuant to 28 U.S.C. § 2255, filed on July 19, 2004, is hereby DISMISSED;

2. The respondent's motion to dismiss the petition, filed on January 3, 2005, is hereby GRANTED; and

3. This action is hereby stricken from the active docket of the court.

The Clerk is directed to sent certified copies of this order and accompanying memorandum opinion to petitioner and to counsel of record for respondent.

ENTERED: _____
Senior United States District Judge

5/26/05
Date